**Opinion issued April 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-22-00927-CR**

—————————————

**BARRINGTON DAVID COOMBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Case No. 1790627**

---

**MEMORANDUM OPINION**

Appellant, Barrington David Coombs, appeals from the trial court's December 8, 2022 judgment of conviction. Appellant has filed a motion for voluntary dismissal, stating that he "wishes to have his appeal dismissed" and requesting that the Court grant his motion.

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).